165 A.3d 463

ESTATE OF JONES

v.

JSC CONSULTING

Pet. Docket No. 132, Sept. Term, 2017

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 443, Sept. Term, 2016).

Petition for writ of certiorari denied

■

165 A.3d 463

GWYNN, Darnell

v.

STATE of Maryland

Pet. Docket No. 123, Sept. Term 2017

Court of Appeals of Maryland.

July 28, 2017

Pending in the Court of Special Appeals (No. 666, Sept. Term, 2016).

Petition for writ of certiorari denied